1142

No. 85–1687.   HOME INSURANCE CO. v. TAYLOR.   C. A. 4th Cir.   Certiorari denied.

No. 85–1697.   DAY v. SEABOLD, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 85–1698.   GUTHRIE v. INTERNATIONAL DAIRY QUEEN, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–1720.   VITTECK ET UX. v. WASHINGTON FEDERAL SAVINGS & LOAN ASSN.   Super. Ct. Pa.   Certiorari denied.

No. 85–1738.   GANOE ET AL. v. NEFF, INDEPENDENT EXECUTOR OF THE ESTATE OF LUMMIS, ET AL.   Ct. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 85–1739.   HUNTER v. UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 85–1747.   MCCLAIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–1749.   HARTSEL ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–1767.   CAGGIANO v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–1768.   REALE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–1785.   CARLEY v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–6278.   BROWNING v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–6465.   KIMBERLIN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–6472.   MENDOZA v. MILLER, WARDEN.   C. A. 7th Cir. Certiorari denied.